REUBEN MILLER vs. STEPHEN MILLER and WM. MILLER, Exrs., &c., of JACOB P. MILLER, deceased.

A motion by plaintiff to strike out a plea of defendant as false, will be denied with costs, where the defendant fully swears to the truth of said plea.

*Motion by plaintiff to strike out the plea of payment or third plea by the defendants pleaded; on the ground that the same was false.*—Plaintiff declared in assumpsit for work, labor and services, goods, wares and merchandize, money lent and advanced, paid, laid out and expended, money had and received, and also for board, washing and lodging, provided by plaintiff for the said Jacob P. Miller in his life time, and upon an account stated. The defendants pleaded *First,* That the said Jacob P. Miller, in his life time, did not undertake and promise in manner and form as the plaintiff in his declaration complained: *Second,* The statute of limitations: and *Third,* That after the making of the said several promises and undertakings in the said declaration mentioned, to wit, on the 2d day of February, 1843, during the life time of the said Jacob P. Miller, deceased, he, the said Jacob P. Miller, fully paid and satisfied the

said plaintiff all and singular the said several sums of money in the said declaration specified and set forth. The plaintiff alleged the third plea to be wholly and entirely false, and that no part of the claims of plaintiff for which the suit was brought was ever paid by said Jacob P. Miller in his life time, or by any other person, and that he had a good cause of action, &c. The defendants stated in the affidavit, in opposition to the motion, that the plea of payment interposed by defendants to plaintiff's declaration, was true in substance and matter of fact; that it was pleaded in good faith, and that the whole of plaintiff's demand in said cause had been fully paid and satisfied by Jacob P. Miller in his life time, which defendants expected to be able to show on the trial, and swore to merits generally.

J. KOON, *Plff's Counsel.*          J. KOON, *Plff's Atty.*
M. T. REYNOLDS, *Defts Counsel.*    J. H. REYNOLDS, *Defts Atty.*

BRONSON, Chief Justice.—Denied the motion on the ground, that the defendants had fully sworn to the truth of the plea.

---

On the 10th April, 1845, being the second Tuesday of April, the election for charter officers of the city of Albany was held; and it having been suggested by counsel, whether the court could be legally held on that day, under the act of 1842; the Chief Justice examined the act referred to, and was of opinion, that it applied to *general and special elections for state officers* only, that a charter election did not come within the spirit of the law.